```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT B. STIRK
    Special Assistant U.S. Attorney
 3  PROSECUTION UNIT
    1 S. Rosamond Blvd.
 4  Edwards, California 93523
    Telephone (661) 277-8120
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CASE No. 5: 05-MJ-00100 TAG
                                   )
11           Plaintiff,            )   MOTION AND ORDER FOR
                                   )   DISMISSAL OF INFORMATION
12       v.                        )
                                   )
13  JACOB E. LONG,                 )
             Defendant.            )
14  _____)
                                   )
15                                 )
16
    The United States Attorney's Office, pursuant to Rule 48(a) of the
17
    Federal Rules of Criminal Procedure, dismissal by the Government,
18
    hereby moves to dismiss the Information against Jacob E. Long,
19
    without prejudice, in the interest of justice.
20
21
                                   Respectfully submitted,
22
                                   McGREGOR W. SCOTT
23                                 United States Attorney
24
    DATED: 11 JAN 06
25                          By     _____
                                   ROBERT B. STIRK
26                                 Special Assistant U.S. Attorney
27
28
```

## ORDER

IT IS HEREBY ORDERED that the information against Robert B. Stirk, Case No. 5: 05-MJ-00100 TAG, be dismissed, without prejudice, in the interest of justice.

DATED: January 11, 2006

Theresa A. Goldner
United States Magistrate Judge